| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Barbara A. Rohr<br>FARUQI & FARUQI, LLP<br>10866 Wilshire Boulevard, Suite 1470<br>Los Angeles, CA 90024<br>Tel: (424) 256-2884 | |
| ATTORNEY(S) FOR: Plaintiff TANYA MACK | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA MACK, individually and on behalf of all others similarly situated<br>Plaintiff(s),<br>v.<br>LLR, INC. and LULAROE, LLC<br>Defendant(s) | CASE NUMBER:<br>5:17-cv-00853<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff TANYA MACK_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| TANYA MACK | Plaintiff |
| LLR, INC. | Defendant |
| LULAROE, LLC | Defendant |

| | |
|---|---|
| May 2, 2017<br>Date | /s/ Barbara A. Rohr<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff TANYA MACK