Barbara A. Rohr (SBN 273353)
Benjamin Heikali (SBN 307466)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: brohr@faruqilaw.com
          bheikali@faruqilaw.com

Bonner Walsh (OSB No. 131716) (*pro hac vice* forthcoming)
**WALSH PLLC**
PO Box 7
Bly, Oregon 97622
Telephone:  (541) 359-2827
Facsimile:  (866) 503-8206
Email:  bonner@walshpllc.com

Michael Fuller (OSB No. 09357) (*pro hac vice* forthcoming)
**OLSEN DAINES PC**
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
Telephone: (503) 201-4570
Email: michael@underdoglawyer.com

*Attorneys for Plaintiff Tanya Mack*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LLR, INC. and LULAROE, LLC<br><br>Defendants. | Case No.:  5:17-cv-00853<br><br>**CLASS ACTION**<br><br>PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO CIVIL LOCAL RULE 83-1.4<br><br>**JURY TRIAL DEMANDED** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

  **PLEASE TAKE NOTICE** that Plaintiff Tanya Mack ("Plaintiff Mack") by and through her counsel of record, pursuant to Central District of California Civil Local Rule (Civ. L.R.) 83-1.4, hereby provides notice that the above-entitled class action against Defendants LLR, Inc. and LuLaRoe, LLC ("Defendants") involves "a material part of the subject matter" of the following actions pending before the United States District Court for the Northern District of California, *Julie Dean, et al. v. LuLaRoe, LLC, et al.*, Case No. 4:17-cv-01579-JSW (the "*Dean Action* (NDCA)"); the Court of Common Pleas for the State of Ohio, Caitlin Goodwin v. LLR, Inc., Case No. CV 17 877960 (the "*Goodwin Action* (Ohio)"); and the Circuit Court for the State of Oregon for Multnomah County, *Terri Doran v. LLR Inc.*, Case No. 17CV15823 (the "*Doran Action* (Oregon)").  Civ. L.R. 83-1.4.2(a)-(c), (e).  The *Dean Action* (NDCA) was filed on March 23, 2017, the *Goodwin Action* (Ohio) was filed on March 27, 2017, and the *Doran Action* (Oregon) was filed on April 17, 2017.

  The above-entitled action arises from the same course of conduct complained of in the *Dean Action* (NDCA), *Goodwin Action* (Ohio), and *Doran Action* (Oregon). The above-entitled action and the *Dean, Goodwin* and *Doran Actions* are consumer fraud class actions concerning the marketing, manufacturing and sale of Defendants' LuLaRoe brand leggings.  In particular, all of the actions challenge Defendants' marketing, manufacturing, and sale of defendant LuLaRoe brand leggings.

  Pursuant to Civ. L.R. 83-1.4.2(d), the following is a list of the law firms and attorneys in the United States District Court for the Northern District of California, *Dean Action*:

Rosemary M. Rivas (State Bar No. 209147)
Quentin A. Robert (State Bar No. 306687)
**LEVI & KORSINSKY LLP**
44 Montgomery Street, Suite 650

2

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO
CIVIL L.R. 83-1.4

San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294
E-mail: rrivas@zlk.com
qroberts@zlk.com

*Attorneys for Plaintiffs Julie Dean, Suzanne Jones and the Proposed Class*

Alejandro Sebastian Angulo
**RUTAN AND TUCKER LLP**
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
(714) 641-5100
Fax: (714) 546-9035
E-mail: aangulo@rutan.com

*Attorneys for Defendants*

Pursuant to Civ. L.R. 83-1.4.2(d), the following is a list of the law firms and attorneys in the Court of Common Pleas for the State of Ohio, *Goodwin Action*:

Patrick J. Perotti
Nicole T. Fiorelli
Frank A. Bartela
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
Telehone: (440) 352-3391
Facsimile: (440) 352-3469
E-mail: pperotti@dworkenlaw.com
nfiorelli@dworkenlaw.com
fbartela@dworkenlaw.com

Nolan T. James Jr.
**NOLAN JAMES LEGAL GROUP LTD.**
16651 Selby Cir.
Strongsville, Ohio 44136
Telephone: (330) 237-9999
E-mail: nolan@nolanjameslaw.com

*Attorneys for Plaintiff Caitlin Goodwin*

1     Counsel for Defendant has not yet entered an appearance in the *Goodwin Action*.

    Pursuant to Civ. L.R. 83-1.4.2(d), the following is a list of the law firms and attorneys in the Circuit Court for the State of Oregon for Multnomah County, *Doran Action*:

Michael Fuller, OSB No. 09357
Rex Daines, OSB No. 952442
**OLSEN DAINES PC**
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
Telephone: (503) 201-4570
E-mail:   michael@underdoglawyer.com

*Attorneys for Plaintiff Terri Doran*

    Counsel for Defendant has not yet entered an appearance in the *Doran Action*.

Dated: May 2, 2017                      **FARUQI & FARUQI, LLP**

                                       By: */s/ Barbara A. Rohr*
                                       Barbara A. Rohr (SBN 273353)
                                       Benjamin Heikali (SBN 307466)
                                       10866 Wilshire Blvd., Suite 1470
                                       Los Angeles, CA 90024
                                       Telephone: 424.256.2884
                                       Fax: 424.256.2885
                                       E-mail: brohr@faruqilaw.com
                                                         bheikali@faruqilaw.com

                                     Bonner Walsh (OSB No. 131716)
                                     *(pro hac vice forthcoming)*
                                     **WALSH PLLC**
                                     PO Box 7
                                     Bly, Oregon 97622
                                     Telephone: (541) 359-2827
                                     Facsimile: (866) 503-8206
                                     Email: bonner@walshpllc.com

                                   Michael Fuller (OSB No. 09357)

*(pro hac vice forthcoming)*
**OLSEN DAINES PC**
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
Telephone: (503) 201-4570
Email: michael@underdoglawyer.com

*Attorneys for Plaintiff Tanya Mack*

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO CIVIL L.R. 83-1.4

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: May 2, 2017            */s/ Barbara A. Rohr*
                              Barbara A. Rohr