Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
Bradley A. Chapin (State Bar No. 232885)
bchapin@rutan.com
Kathryn D.Z. Domin (State Bar No. 274771)
kdomin@rutan.com
Samantha Goates (State Bar No. 310610)
sgoates@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Fl.
Irvine, California 92612
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendants
LULAROE, LLC and LLR, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION)

| | |
|---|---|
| TANYA MACK; SUZANNE JONES; CAITLIN GOODWIN; and MINA NICOLLE ULASZEK BENJAMIN behalf of themselves andall others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LULAROE, LLC and LLR, INC.,<br><br>Defendants. | Case No. 5:17-cv-00853-JGB(SHKx)<br><br>Consolidated With:<br>2:17-cv-07252-JBG(AFMx)<br>2:17-cv-07259-JGB(Ex)<br>2:17-cv-07308-JGB(AFMx)<br>2:17-cv-07310-JGB(Ex)<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>THE HONORABLE JESUS G. BERNAL<br><br>**JOINT REPORT RE SUBMISSION OF BRIEFING ON PLAINTIFFS' MOTION FOR DETERMINATION THAT THEY ARE SUCCESSFUL PARTIES PURSUANT TO CAL. CIV. P. CODE § 1021.5**<br><br>Date Action Filed:   May 2, 2017<br>Trial Date:   August 17, 2021 |

-1-

Rutan & Tucker, LLP
attorneys at law

2818/033910-0005
13783846.5 a03/12/21

JOINT REPORT OF COUNSEL RE COMPLETION OF BRIEFING ON
PLAINTIFFS' MOTION

Plaintiffs Suzanne Jones, Caitlin Goodwin, Terri Doran, Tanya Mack, and Mina Nicolle Ulaszek Benjamin ("Plaintiffs") and Defendants LuLaRoe, LLC and LLR, Inc. ("LuLaRoe" and collectively with Plaintiffs, the "Parties"), through their respective counsel, jointly submit this report on the submission of all briefing and evidence related to Plaintiffs' Motion for Determination That They Are Successful Parties Pursuant to Cal. Civ. P. Code § 1021.5 (Dkt. 169) (the "Motion"), currently set for hearing on April 12, 2021.

All briefing on the Motion was completed and filed with the Court by March 4, 2021 (for the original noticed hearing date of March 8, 2021). However, later on March 4, 2021, the Court granted the Parties' respective applications to file certain documents related to the Motion under seal and directed Plaintiffs to file the Motion thereafter (Dkt. 167). Further, the Clerk instructed Plaintiffs to refile the documents and set the Motion for a hearing date on regular notice pursuant to L.R. 6-1. Accordingly, all related documents were re-filed by the Parties in light of the Court's March 4 Order. Thus, for the purpose of clarity, the Parties jointly list below the Docket items that pertain to the Motion for the Court's consideration. No further briefing or evidence will be submitted by the Parties in connection with the Motion unless the Court requests otherwise.

Dkt. 168 – Dkt. 169-41:   Plaintiffs' Motion and all supporting declarations and evidence

Dkt. 170 – Dkt. 171-08:   LuLaRoe's Opposition to the Motion, all supporting declarations and evidence, and evidentiary objections

Dkt. 172 – Dkt. 173-04:   Plaintiffs' Reply In Support of the Motion, and supporting declarations and evidence

Dkt. 176:   Plaintiffs' Response to LuLaRoe's evidentiary objections

Dkt. 174:   LuLaRoe's Request to Strike new evidence and

argument

Dkt 175:     Plaintiffs' Opposition to LuLaRoe's Request to Strike

With the exception of oral argument, should it proceed, the Parties submit the matter for the Court's determination.

Dated:  March 12, 2021                     RUTAN & TUCKER, LLP

                                           By:       /s/ Bradley Chapin
                                                 Bradley A. Chapin
                                                 Attorneys for Defendants
                                                 LuLaRoe, LLC and LLR, INC.

Dated:  March 12, 2021                     FARUQI & FARUQI, LLP

                                           By:       /s/ Benjamin Heikali
                                                 Benjamin Heikali
                                                 Counsel for Plaintiffs and Proposed
                                                 Classes

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4 regarding signatures, I attest that all signatories listed above, and on whose behalf the filing is submitted, concur with the content and have authorized the filing.

Dated:  March 12, 2021                     RUTAN & TUCKER, LLP

                                           By:       /s/ Bradley Chapin
                                                 Bradley A. Chapin

Rutan & Tucker, LLP
attorneys at law

2818/033910-0005
13783846.5 a03/12/21

-3-

JOINT REPORT OF COUNSEL RE COMPLETION OF BRIEFING ON
PLAINTIFFS' MOTION