1
**FARUQI & FARUQI, LLP**
2
Benjamin Heikali (State Bar No. 307466)
Email: *bheikali@faruqilaw.com*
3
Joshua Nassir (State Bar No. 318344)
4
Email: *jnassir@faruqilaw.com*
10866 Wilshire Boulevard, Suite 1470
5
Los Angeles, California 90024
6
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
7

8

9
## UNITED STATES DISTRICT COURT
10
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12 | TANYA MACK; SUZANNE JONES; CAITLIN GOODWIN, MINA NICOLLE ULASZEK BENJAMIN; and TERRI DORAN; on behalf of themselves and all others similarly situated,

Plaintiffs

v.

LLR, INC. and LULAROE, LLC,

Defendants.

Case No. 5:17-cv-00853-JGB-SHK

ASSIGNED FOR ALL PURPOSES TO HON. JESUS G. BERNAL

Consolidated With:
2:17-cv-07252-JGB(AFMx)
2:17-cv-07259-JGB(Ex)
2:17-cv-07308-JGB(AFMx)
2:17-cv-07310-JGB(Ex)

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No. 5:17-cv-00853-JGB-SHK
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Suzanne Jones, Caitlin Goodwin, Terri Doran, Tanya Mack, and Mina Nicolle Ulaszek Benjamin ("Plaintiffs") and Defendants LuLaRoe, LLC and LLR, Inc. ("Defendants" and collectively with Plaintiffs, the "Parties") hereby consent and stipulate as follows:

Plaintiffs' individual claims in the above-captioned case shall be voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Parties further stipulate that the class action allegations shall be voluntarily dismissed without prejudice.  No class has been certified in this action, such that the notice requirements of Rule 23(e) of the Federal Rules of Civil Procedure are inapplicable.  Each Party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: May 19, 2021

**FARUQI & FARUQI, LLP**
By: /s/ Benjamin Heikali
Benjamin Heikali (State Bar No. 307466)
*Counsel for Plaintiffs*

Dated: May 19, 2021

**RUTAN & TUCKER, LLP**
By: /s/ Alejandro S. Angulo
Alejandro S. Angulo (State Bar No. 217823)
*Counsel for Defendants LLR, Inc. and LULAROE, LLC*

### Attestation Regarding Signature

I, Benjamin Heikali, hereby attest pursuant to Local Rule 5-4.3.4 that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 19, 2021

**FARUQI & FARUQI, LLP**
By: /s/ Benjamin Heikali
Benjamin Heikali (State Bar No. 307466)
*Counsel for Plaintiffs*